William M. SMITH, Appellant,

v.

H. A. MOSS, Sr.'s ADMINISTRATOR (H. A. Moss, Jr.), et al., Appellees.

Court of Appeals of Kentucky.

Feb. 22, 1957.

Rehearing Denied May 10, 1957.

Clifford E. MUDWILDER et al., Appellants,

v.

Thomas B. CLAXTON et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1957.

Rehearing Denied May 10, 1957.

C. L. Bell, Louisville, for appellant.

H. J. Graham, Ralph Logan, Edward Dodd, Louisville, for appellees.

PER CURIAM.

We consider this motion for an appeal under KRS 21.080. The value of the property in controversy is not shown "certainly" to be as much as $2,500 by the final order issuing a Writ of Possession; nor did the movant request the trial judge to fix the value of the property under KRS 21.070. We must assume, therefore, that the jurisdictional amount is less than $2,500. See Bowling v. Bowling, Ky., 283 S.W.2d 837. There is no error apparent in the record.

The motion for an appeal is overruled, and the judgment is affirmed.